```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| **REGINALD S. BERNARD** | **CIVIL ACTION** |
| **VERSUS** | **NO: 04-3491** |
| **WILLIAM C. HUNTER, SHERIFF, ORLEANS PARISH CRIMINAL SHERIFF'S OFFICE ET AL.** | **SECTION: "S" (5)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objection to the magistrate Judge's Report and Recommendation, and the fact that more than four months have passed since the issuance of the Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Reginald S. Bernard, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 29th day of August, 2006.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE